

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | | Case No. 20-15704-DER |
| **DOLORES J. DAVIS,** | * | |
| | | (Chapter 7) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER AUTHORIZING EMPLOYMENT
### OF COUNSEL FOR TRUSTEE

Upon consideration of the Trustee's Application for Authority to Employ Counsel (the "Application"), and any opposition thereto, an upon consideration of the Verified Statement of Craig B. Leavers, and it appearing that Craig B. Leavers and The Law Offices of Craig B. Leavers, LLC are disinterested within the meaning of 11 U.S.C. § 101(14), represent no interest adverse to the debtor or the bankruptcy estate, and that the employment of counsel to render the services described in the Application is necessary and in the best interests of the estate, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Application is hereby **GRANTED**; and it is further

2

**ORDERED**, that Craig B. Leavers, Trustee, is authorized to employ The Law Offices of Craig B. Leavers, LLC to represent him on an hourly basis at the firm's normal, hourly rates under a general retainer, with the payment of such fees and reimbursement of out-of-pocket expenses to be subject to application and further Order of this Court.

cc:   Craig B. Leavers, Trustee *via* CM/ECF
      Office of the United States Trustee *via* CM/ECF
      Nicholas J. DelPizzo, III, Esq. *via* CM/ECF
      Dolores J. Davis, 2300 Dulaney Valley Road,
         Apt. K0005 St. Elizabeth Hall, Timonium, MD 21093  *via* 1st Class Mail

- END OF ORDER -